UNION NATIONAL BANK IN NEW YORK v. KUFFER.

PLAINTIFF claimed title to an undivided fifth part of a lot of land in the possession of defendant, and formerly held by one Ann Striker. Judgment rendered for defendant, upon the ground that the court of appeals had passed upon the title in question in the cases of *Brewster* v. *Striker*, 2 N. Y. 19, and *Striker* v. *Mott*, 28 id. 82.

*R. E. & T. Foot*, for plaintiff.

*Philip F. Smith*, for defendant.

INGRAHAM, P. J.